JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE BRANHAM,<br><br>Petitioner,<br><br>vs.<br><br>DAWN DAVISON,<br>Acting Warden,<br><br>Respondent. | Case No. EDCV 06-1294-ODW (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted.

DATED: 9-22-2009

HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge